IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-00437-MSK-MJW

INTELLIGENT DESIGNS 2000 CORPORATION, a Colorado corporation,

      Plaintiff(s),

v.

SEARS, ROEBUCK AND CO., a New York corporation;
SPRINT NEXTEL CORPORATION, a Kansas corporation;
HOMER TLC, INC., a Delaware corporation;
HOME DEPOT USA, INC., a Delaware corporation;
CUSTOM LEATHER CRAFT MANUFACTURING CO., INC., a California corporation;
FONEGEAR, LLC, a Michigan Limited Liability Company;
SIGNATURE PRODUCTS GROUP CO., a Utah entity;
ZENCENTRIC LLC, d/b/a WWW.FACTOR"YDIRECTCELLULAR.COM, a Texas Limited Liability Company,

      Defendants.

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS USED IN EVIDENTIARY HEARINGS AND TRIALS

IT IS ORDERED that, as to any exhibits and depositions used during evidentiary hearings or trials, counsel for the parties shall retrieve the originals of such exhibits and depositions from the Court following the evidentiary hearing or trial, and shall retain same for 60 days beyond the later of the time to appeal or conclusion of any appellate proceedings. The Court will retain its copy of the exhibits for the same time period after which the documents will be destroyed.

DATED this 25th day of February, 2011.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge