IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00437-MSK-MJW

INTELLIGENT DESIGNS 2000 CORPORATION
a Colorado corporation,

    Plaintiff,

v.

SEARS, ROEBUCK AND CO.,
a New York Corporation,
SPRINT NEXTEL CORPORATION,
a Kansas Corporation,
HOMER TLC, INC.,
a Delaware Corporation,
HOME DEPOT USA, INC.,
a Delaware Corporation,
CUSTOM LEATHER CRAFT MANUFACTURING CO., INC.,
a California Corporation,
ICELLA, INC.
d/b/a EZ COMMUNICATIONS,
a California corporation,

    Defendants.

---

### ORDER GRANTING UNOPPOSED MOTION TO VACATE AND RE-SET SCHEDULING CONFERENCE AND RELATED DEADLINES ( Docket No 45 )

---

THIS MATTER coming before the Court on Defendant Sears, Roebuck and Co.'s Unopposed Motion to Vacate and Re-Set Scheduling Conference and Related Deadlines, and the Court having reviewed the motion and the file herein and finding that sufficient grounds exist;

HEREBY ORDERS that said Motion is GRANTED as follows:

1.    The Scheduling Conference currently set for May 16, 2011 is VACATED;

-2-

2. The Scheduling Conference is hereby reset to  9:00  o'clock  a.m. on  June 24 , 2011;

3. The deadlines set forth in the Court's March 3, 2011 Order are modified accordingly to correspond to the new date and time set for the Scheduling Conference.

DATED this  12th  day of May, 2011.

BY THE COURT

/s/ Michael J. Watanabe
United States District Court Magistrate Judge

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO