IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-00437-MSK-MJW

INTELLIGENT DESIGNS 2000 CORPORATION, a Colorado corporation,

Plaintiff(s),

v.

SEARS, ROEBUCK AND CO., a New York corporation;
SPRINT/UNITED MANAGEMENT COMPANY, a Kansas corporation;
ICELLA, INC., d/b/a EZ Communications, a California corporation,
WIRELESS EMPORIUM, INC., a California corporation.
LOWES HOME CENTERS, INC.  A North Carolina corporation, and
ROOSTER PRODUCTS INTERNATIONAL, INC., a Texas corporation,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Motion of Intelligent Designs 2000 Corporation for Leave to File Second Amended Complaint Pursuant to Fed. R. Civ. P. 15(a) (docket no. **44)** is GRANTED consistent with Fed. R. Civ. P. 15(a).  No Defendant has filed any response to the subject motion (docket no. 44), and therefore this court deems the motion confessed.  The Second Amended Complaint and Jury Demand (docket no. 44-1) is accepted for filing today.

Date:   June 06, 2011