IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-00437-MSK-MJW

INTELLIGENT DESIGNS 2000 CORPORATION, a Colorado corporation,

Plaintiff(s),

v.

SEARS, ROEBUCK AND CO., a New York corporation;
SPRINT/UNITED MANAGEMENT COMPANY, a Kansas corporation;
ICELLA, INC., d/b/a EZ Communications, a California corporation,
WIRELESS EMPORIUM, INC., a California corporation.
LOWES HOME CENTERS, INC.  A North Carolina corporation, and
ROOSTER PRODUCTS INTERNATIONAL, INC., a Texas corporation,

Defendant(s).

---

## MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby **ORDERED** that the Joint Motion to Vacate and Reset Status Conference (Docket No. 95) is granted.  Accordingly, the Status Conference set for August 1, 2011, at 9:00 a.m. is vacated and will be reset following a ruling on the pending motion to dismiss.

Date:   July 29, 2011