IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-00437-RBJ-MJW

INTELLIGENT DESIGNS 2000 CORPORATION, a Colorado corporation,

Plaintiff(s),

v.

SEARS, ROEBUCK AND CO., a New York corporation;
SPRINT/UNITED MANAGEMENT COMPANY, a Kansas corporation;
ICELLA, INC., d/b/a EZ Communications, a California corporation,
WIRELESS EMPORIUM, INC., a California corporation.
LOWES HOME CENTERS, INC.  A North Carolina corporation, and
ROOSTER PRODUCTS INTERNATIONAL, INC., a Texas corporation,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion for Entry of Stipulated Protective Order (docket no. 103) is GRANTED finding good cause shown.  The written Stipulated Protective Order (docket no. 103-1) is APPROVED as amended in paragraph 20 and made an Order of Court.

Date:  October 11, 2011