IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 11-cv-00437-RBJ-MJW

INTELLIGENT DESIGNS 2000 CORPORATION, a Colorado corporation,

     Plaintiff,

v.

SPRINT/UNITED MANAGEMENT COMPANY, a Kansas corporation, and
ICELLA, INC. d/b/a EZ Communications,

     Defendants.

---

## MINUTE ORDER

---

Entered by Judge R. Brooke Jackson

     In light of The Clerk's Entry of Default as to defendant iCella, Inc. (Docket #83) and the recently filed plaintiff's Notice of Dismissal with Prejudice (Docket #108) as to defendant Sprint/United management Company, the Court directs that this case be closed (terminated) by the Clerk of Court's office.

     DATED this 20th day of December, 2011.